# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jarrod Beach,                                    Civil No. 10-4480 (DWF/TNL)

          Plaintiff,

v.                                               **ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION**

P.N. Financial & Associates, a/k/a
P.N. Financial, Inc.; and John T.
Sullivan, individually,

          Defendants.

---

Thomas J. Lyons, Esq., Lyons Law Firm, P.A., counsel for Plaintiff.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 15, 2011 (Doc. No. [15]), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to perfect service and failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 6, 2012          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge